PD-0276&0277&0278-15

In the Court of Criminal Appeals
of Texas

Javier Montoya-Rodriguez, Petitioner
vs.
The State of Texas, Respondent

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

On appeal from the Court of Appeals For the
Fifth District of Texas at Dallas
Appellate Court Case No: 05-13-01735-CR; 05-13-01736-CR; and 05-13-01737-CR

On Appeal From the Criminal District Court
Number 363rd Judicial District Court of Dallas
County, Texas
Trial Court Case Nos. F12-56281-W, F12-56282, F13-58584-W

FILED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

TO The Honorable Judges of Said Court:

COMES NOW, "Petitioner," Javier Montoya-Rodrigues pro se and files this motion for extension of time to file a petition for discretionary review, ("PDR"), requesting an additional sixty (60) days within to file a PDR. In support of this motion, petitioner would show this Court the following:

I

Petitioner was convicted in the 363rd Judicial District Court of Dallas County, Texas of the offenses of three conviction for aggravated sexual assault of a child. In case (s) Nos. F12-56281-W, F12-5682, F13-58584-W Styled: The State of Texas V. Javier Montoya-Rodriguez. Petitioner appealed to the Court of appeals, Fifth District of Texas at Dallas, Case No: 05-13-01735-CR; 05-13-01736-CR; and 05-13-01737-CR. The Case Case was affirmed on November 15, 2013.

—1—

## II.

The present deadline for filing a PDR is March 16, 2015. Petitioner has not requested any extensions prior to this Request.

## III.

Petitioner's request for an extension is based upon the following facts:

a) Petitioner was not informed of the decision of the Court of appeals in affirming his case until February 23, 2015

b) Since that time, petitioner has been attempting to gain Legal representation/assistance in this matter;

c) Petitioner's attorney has informed him that he will not represent him on the **PDR**.

For these Reasons, petitioner respectfully request the Court grant an additional sixty (60) day, up to and including May 10, 2015 within which to file the petition for Discretionary Review.

## IV.

Petitioner's Motion Requesting Leave To File.
An Original Copy only Of The Petition For Discretionary Review.

The Court of appeals was the Fifth District Court of Appeals, Dallas, Texas, Styled the State Of Texas V. Javier Montoya-Rodriguez; Cases NO: 05-13-01735-CR; 05-13-01736-CR; and 05-13-01-737-CR.

Petitioner moves that, pursuant to Rule 2, Tex. R. App. Proc., The Court suspend rule 9.3 (b) of the Tex. R. App. proc., which requires the filing of eleven (11) Copies of the petition for Discretionary Review with the Court.

The Facts relied upon to show good Cause for this request are as follows:

a) Petitioner is indigent and incarcerated and does not have access to a photocopier; and

b) petitioner is not represented by Counsel and intends to file a Pro se petition for Discretionary Review with the Court. -2-

WHEREFORE, PREMESIS CONSIDERED, petitioner respectfully requests that this Honorable Court grant Leave to file an Original Copy only of the petition for Discretionary Review. Petitioner further requests all other relief to which he may be entitled.

Respectfully Submitted.

Javier Montoya-Rodriguez.

-3-

# UNSWORN DECLARATION

"I, Javier Montoya-Rodriguez, TDCJ-CID #1898673, being presently Incarcerated In the Beto Unit of the TDCJ-CID, declare underpenalty of perjury that the above and foregoing are both true and correct."

Executed on this <u>10</u> day of March, 2015

Javier Montoya-Rodriguez

# CERTIFICATE OF SERVICE

I further certify that I have mailed a true and correct copy of this motion (The Original Copy) to extend the time to file a petition for Discretionary review/Motion to suspend Rule 9.3 (b) by First Class Mail to this honorable Court on this the <u>10</u> day of March, 2015

Javier Montoya-Rodriguez
TDCJ-CID #1898673
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

-4-

-8-